UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-784 (MJD/JGL)

JOSEPH CURTIS,

Plaintiff,

v.

**PRETRIAL ORDER**

CITY OF MINNEAPOLIS, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to October 1, 2000;

3. Plaintiff shall disclose all expert witnesses by March 1, 2001, and reports by April 1, 2001; Defendants shall disclose all expert witnesses by April 1, 2001, and reports by May 1, 2001;

4. The period during which the parties may seek discovery shall be completed by June 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with amendments to the local rules adopted by the Court 1/3/00, prior to October 1, 2001; and

7. This case will be considered "ready for trial" as of October 1, 2001.

DATED: July 26, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED JUL 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK