UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Curtis,

Plaintiff,

v.

ORDER
Civil No. 00-784(MJD/JGL)

City of Minneapolis, et al.,

Defendants.

---

This Court's Order of March 25, 2002 is hereby amended as follows:

The Court having been advised that the above action has settled, IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for a period of ninety (90) days to permit any party to move or reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms. The Court shall also retain jurisdiction over issues related to the award of costs under 42 U.S.C. § 1988.

Date: 4-4-02

Michael J. Davis
United States District Court

FILED APR 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______